UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHARI LUCEY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cv-01476-LDG-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

This matter is before the Court on Plaintiff Shari Lucey's failure to comply with the court's Order to Show Cause (ECF No. 13). This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

Plaintiff is proceeding in this action *pro se*. *See* Order (ECF No. 6). Her Complaint (ECF No. 1) was filed on August 3, 2015. Defendant filed an Answer (ECF No. 9) on June 6, 2016. The court issued a Scheduling Order (ECF No. 11) setting the briefing deadlines for this case. The Scheduling Order required Plaintiff to file a motion for reversal and/or remand no later than July 7, 2016, and advised Plaintiff that a failure to file a motion or points and authorities may result in dismissal of the action. *Id*. at 5. Plaintiff failed to comply with the court's Scheduling Order by filing such a motion, and did not request an extension of time to comply.

On July 28, 2016, the court entered an Order to Show Cause (ECF No. 13) directing Plaintiff to "show cause, in writing, no later than August 29, 2016, why this matter should not be dismissed for a failure to file a motion for reversal and/or remand." Plaintiff was again warned that failure to file such motion would result in a recommendation to the district judge that this

case be dismissed. To date, Plaintiff has not filed a motion, requested an extension of time, or taken any other action to prosecute this case.

Accordingly,

**IT IS RECOMMENDED:**

1. Plaintiff Shari Lucey's Complaint (ECF No. 1) be DISMISSED for failure to comply with the court's orders.

2. The Clerk of the Court be instructed to close this case and enter judgment accordingly.

Dated this 14th day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## **NOTICE**

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.