# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHARI LUCEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:15-cv-01476-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 14).

THE COURT **ORDERS** that Plaintiff's Complaint (ECF No. 1) is DISMISSED for failure to comply with the Court's Orders. The Clerk of the Court shall close this case and enter judgment accordingly.

DATED this 17 day of October, 2017.

_____
Lloyd D. George
United States District Judge